UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CALDERON, | NO. CV 09-6034-VBF(CT) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: August 20, 2009

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE